[Rockingham, December, 1881.]

### PICKERING *v.* PICKERING *& a.*

BILL IN EQUITY, for dower, by the widow of James Pickering. By the will of James C. Pickering a life estate in the land was given to James, and the remainder, subject to the plaintiff's dower, was devised to others.   Decree for the plaintiff.

SMITH, J., did not sit ; the others concurred.

*A. R. & J. Hatch,* for the plaintiff.

*W. W. Stickney,* for the defendants. .

---

[Rockingham, December, 1881.]

### TOPPAN *v.* EASTERN RAILROAD CO.

CASE.   Facts found by a referee whose report for the plaintiff was based on the defendants' negligence found as a fact.

*Judgment for the plaintiff.*

SMITH, J., did not sit : the others concurred.

*Marston & Eastman,* for the plaintiff.

*J. Hatch,* for the defendants.